

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:24mj158
    Court Date: November 6, 2024

JAMES A. CLEMENTS

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) - Violation Notice No. 09911028

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 18, 2023, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JAMES A. CLEMENTS, did unlawfully assault Angela Chapoteau.

(In violation of Title 18, United States Code, Section 113(a)(5)).

### COUNT TWO
(Misdemeanor) - Violation Notice No. 09911027

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 18, 2023, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JAMES A. CLEMNTS, did engage in intentionally obscene, simulated acts of masturbation, in a public place, with the intent to be seen by others.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-387.1.)

<u>COUNT THREE</u>
(Misdemeanor) - Violation Notice No. 09911026

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 8, 2024, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JAMES A. CLEMNTS, did engage in intentionally obscene, simulated acts of masturbation, in a public place, with the intent to be seen by others.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-387.1.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
alan.sides@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*/s/ Alan M. Sides*
Alan M. Sides
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
alan.sides@usdoj.gov

25 Sept 2024
Date